Danning Jiang, Esq. (CA BAR No. 196985)
LAW OFFICES OF DANNING JIANG
271 North First Street
San Jose, California 95113
Tel.: (408) 299-0800
Fax: (408) 299-0300
E-mail: Djiang@jianglawgroup.com

Attorneys for defendant
STANLEY YAN, individually and doing business as OCEAN-MOON-STAR

*E-Filed 01/04/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE, CALIFORNIA

| | |
|---|---|
| FITNESS ANYWHERE, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>STANLEY YAN, individually and doing business as OCEAN-MOON-STAR;<br>STANLEY YAN, individually and doing business as MIUMI2009, and BEAUTYMARK09; ET AL.,<br><br>    Defendants. | CASE NO. CV 09-4815 RS<br><br>APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT STANLEY YAN AND [PROPOSED] ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Law Offices of Danning Jiang hereby withdraws as counsel for defendant STANLEY YAN, individually and doing business as OCEAN-MOON-STAR ("Defendant") in the above-entitled action. Said defendant will be appearing pro se as follows:

| | |
|---|---|
| Former Counsel: | Law Offices of Danning Jiang<br>271 North First Street<br>San Jose, CA 95113<br>Tel.: 408-299-0800 |
| New Counsel: | Stanley Yan<br>353 12th Avenue<br>San Francisco, CA 94118<br>Tel.: 415-601-4159 |

All communications to Defendant should be directed to the new counsel's address.

Dated: 12/30, 2009

Defendant: STANLEY YAN, individually and doing business as OCEAN-MOON-STAR

By: STANLEY YAN

AGREED AND ACCEPTED TO.

Dated: 12/30, 2009

Defendant: STANLEY YAN, individually and doing business as OCEAN-MOON-STAR

By: STANLEY YAN

Dated: 12/30, 2009

LAW OFFICES OF DANNING JIANG

By: DANNING JIANG, Esq.

| | |
|---|---|
| 1 | GOOD CAUSE APPEARING, IT IS HEREBY ORDER THAT Law Offices of Danning Jiang is permitted to withdraw as counsel for STANLEY YAN, individually and doing business as OCEAN-MOON-STAR.  STANLEY YAN, individually and doing business as OCEAN-MOON-STAR will be appearing pro se and his contact information is as follows: |

Stanley Yan
353 12th Avenue
San Francisco, CA 94118
Tel.: 415-601-4159.

IT IS SO ORDERED.

Dated: January 4, 2010

HON. RICHARD SEEBORG
JUDGE OF THE DISTRICT COURT

# PROOF OF SERVICE

*Fitness Anywhere v. Stanley Yan, et al.*
Federal District Court – San Jose – Case No. CV 09-4815 RS

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,

On January 4, 2010, I served the following document(s):

**APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT STANLEY YAN AND [PROPOSED] ORDER**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

| | |
|---|---|
| Omid A. Mantashi, Esq. | Stanley Yan |
| Law Office of Omid A. Mantashi | 353 12th Avenue |
| 360 Grand Ave. Ste. 90 | San Francisco, CA 94118 |
| Oakland, CA 94610 | |

(X) **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in San Jose, California.

( ) **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

( ) **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s).

( ) **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on January 4, 2010, in San Jose, California.

( ) **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

ASHLEY X. JIANG

1