James Cai (SBN 200189)
Schein & Cai LLP
111 W. Saint John Street Suite 1250
San Jose, CA 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758
Email: jcai@sacattorneys.com

Attorneys for Defendant
PAUL FU

*E-Filed 02/03/2010*

# UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS ANYWHERE, INC., a California corporation,<br><br>Plaintiff,<br>v.<br>STANLEY YAN, individually and doing business as OCEAN-MOON-STAR; CATHERINE LIU, individually and doing business as MIUMI2009, and BEAUTYMARK09; FITNESS-MALL, entity of unknown form; SAMY LEWIS, individually and doing business as UNIQUE*BARGAINS; BLANCHE WARD, individually and doing business as QUEENBE2009; STAN CHIN, individually and doing business as PRIMOFITNESS; ALAN WANG, individually and doing business as CROZGEAR; TIMOTHY SANTOS, individually and doing business as LADYBOI; WILLIAM TSAI, individually and doing business as GO-GREEN-USA; CHAD MOORE, individually and doing business as USAPOCKETBIKES_COM; PAUL FU, individually and doing business as BULLKICKER; JOC HSU, individually and doing business as ZONE8WHOLESALER; ANDRES PEREZ, individually and doing business as ANPE2009; GLORIA A. MAZZAROLO, individually and doing business as ANGA29; GREAT SPORTS, INC., an Illinois corporation, and GREAT SPORTS, INC., an Illinois corporation doing | Case No.: 09-4815<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO TAKE PLAINTIFF'S<br>MOTION TO DISMISS OFF CALENDAR** |

1

| | |
|---|---|
| business as SAFERWHOLESALE.COM; ANDREW LETTY, individually and doing business as KOROMBU; BRENT SETIEN, individually and doing business as LIFE-SMILE-STL; CHARLES JONES, individually and doing business as FITNESS4LESS2009; CHARLES JONES, individually and doing business as DFW_BEST; and DOES 1 through 20, inclusive,<br><br>Defendants. | |

Plaintiff Fitness Anywhere, Inc. and Defendant Paul Fu, by and through their respective counsels, hereby stipulate to dismiss and take off calendar Plaintiff's Motion to Dismiss Defendant Paul Fu's Second, Fourth, and Sixth Counterclaims for Failure to State a Claim Upon Which Relief May be Granted, and Motion to Strike Second and Fifth Defenses (Docket Entry No. 35).

Dated: February 2, 2010    LAW OFFICE OF OMID A. MANTASHI

    /S/ Omid A. Mantashi
_____
Omid A. Mantashi
Attorney for Plaintiff Fitness Anywhere, Inc.

Dated: February 2, 2010    SCHEIN & CAI, LLP

    /James Cai/
James Cai
Attorney for Defendants and Counter-Claimant
PAUL FU

**SO ORDERED.**

Dated: 02/02/2010

_____
HON. RICHARD G. SEEBORG
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA