1

2

3

4                                                    **\*E-Filed 02/03/2010\***

5

6

7    **THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY**

8    **PROVIDED\* TO:**

9    Bruce Charles Piontkowski          bpiontkowski@tingleyllp.com, lthomas@tingleyllp.com

10   Charles C.H. Wu                     cchwu@wclawyers.com

11   Curtis R. Tingley                   ctingley@tingleyllp.com, lthomas@tingleyllp.com

12   Jeffrey Andrew Chen                 jachen@earthlink.net

13   Jingming James Cai                  jcai@sacattorneys.com, dsims@sacattorneys.com,
14                                       janehzhang@yahoo.com, jvanee@sacattorneys.com

15   Jonathan Andrew McMahon             jmcmahon@tingleyllp.com, lthomas@tingleyllp.com

16   Omid Ali Mantashi                   omid@ipfoundry.com, omidam@gmail.com

17   **AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

18

19   Stanley Yan
     353 12th Avenue
20   San Francisco, CA 94118

21

22   DATED:  02/03/2010

23

24                                       /s/ Chambers Staff
                                         Chambers of Judge Richard Seeborg
25

26

27   * Counsel are responsible for distributing copies of this document to any co-counsel who have not
     registered with the Court's electronic filing system.
28