UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

FITNESS ANYWHERE, INC.,
    Plaintiffs,

No. C 09-4815 RS

v.

**ORDER RE: ATTENDANCE**

STANLEY YAN., et al.,
    Defendants.

Session Date: June 10, 2010
Mediator: James Gilliland

Before the court is defendant's request to excuse defendant Client Sports, Inc.'s representative, Gary Briden, from personally attending the June 10, 2010 mediation before James Gilliland. The request cites travel and lodging expenses and closing his business for several days as justification. As travel expenses are not considered 'extraordinary or otherwise unjustifiable hardship' under ADR L.R. 6-10(d), and the request does not explain what the financial impact of the business closure would be, the request is DENIED without prejudice.

    IT IS SO ORDERED.

June 3, 2010      By: _____
Dated                                                      Elizabeth D. Laporte
                                                              United States Magistrate Judge