Omid A. Mantashi (SBN 208336)
Attorney at Law
360 Grand Ave., Ste. 90
Oakland, CA 94610
(510) 593-9442 (Voice)
(510) 868-8310 (Fax)
omid@ipfoundry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITNESS ANYWHERE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STANLEY YAN, *et al.* <br><br> Defendants. | Case No.: CV 09-04815 RS <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT JOC HSU <br><br> Hon. Richard Seeborg |

|     |     |
| --- | --- |
| 1   | WHEREAS the undersigned parties have executed a settlement agreement resolving all claims in this action, and have since fulfilled the terms and conditions thereof; |
| 2   | NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Fitness Anywhere, Inc., and Defendant Joc Hsu, individually and doing business as Zone8Wholesaler, and through their respective undersigned counsel of record, subject to the Court's approval and order thereon, that: |

1. Each of the undersigned parties' claims against the other are dismissed with prejudice; and,
2. Each undersigned party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

For Plaintiff FITNESS ANYWHERE, INC.

_____
Omid A. Mantashi
ATTORNEY AT LAW

9/30/10
Date

For Defendant JOC HSU

_____
Charles Wu
WU AND CHEUNG, LLP

9/29/2010
Date

IT IS SO ORDERED.

Dated: __10/1/10__, 2010, by: _____
Hon. Richard Seeborg
United States District Court Judge
Northern District of California

---

Stip. & Order of Dismissal of Defendant Hsu
Case No. CV 09-4815 RS

1

Omid A. Mantashi, Attorney at Law
360 Grand Ave., Ste. 90
OAKLAND, CA 94610
510.593.9442