Omid A. Mantashi (SBN 208336)
Attorney at Law
360 Grand Ave., Ste. 90
Oakland, CA 94610
(510) 593-9442 (Voice)
(510) 868-8310 (Fax)
omid@ipfoundry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITNESS ANYWHERE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STANLEY YAN, *et al.* <br><br> Defendants. | Case No.: CV 09-04815 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF DEFENDANT CATHERINE LIU <br><br> Hon. Richard Seeborg |

WHEREAS Plaintiff Fitness Anywhere, Inc., and Defendant Catherine Liu, individually and doing business as Miumi2009 and Beautymark09, have executed a settlement agreement resolving all claims in this action, and have since fulfilled the terms and conditions thereof;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Fitness Anywhere, Inc., and Defendant Catherine Liu, individually and doing business as Miumi2009 and Beautymark09, through their respective undersigned counsel of record, subject to the Court's approval and order thereon, that:

1. Each of the undersigned parties' claims against the other are dismissed with prejudice; and,
2. Each undersigned party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

For Plaintiff FITNESS ANYWHERE, INC.

_____
Omid A. Mantashi
ATTORNEY AT LAW

10/12/10
Date

For Defendant CATHERINE LIU

_____
Alexander Volchegursky
LVOVICH & VOLCHEGURSKY LLP

10/7/10
Date

IT IS SO ORDERED.

Dated: October 12th, 2010, by: _____
Hon. Richard Seeborg
United States District Court Judge
Northern District of California

Stip. & Order of Dismissal of Defendant Liu
Case No. CV 09-4815 RS ........................
........
1

Omid A. Mantashi, Attorney at Law
360 Grand Ave., Ste. 90
Oakland, CA 94610
510.593.9442

# CERTIFICATE OF SERVICE

It is hereby certified that on the 6th day of October, 2010, the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT CATHERINE LIU was filed and served on the following through the Northern District of California ECF system:

| | |
|---|---|
| Defendants Stan Chin, and Great Sports, Inc.: | Bruce Piontkowski<br>Tingley Piontkowski LLP<br>10 Almaden Boulevard, Ste. 430<br>San Jose, CA 95113<br>bpiontkowski@tingleyllp.com |
| Defendant Timothy Santos: | Jeffrey Andrew Chen<br>Law Offices of Jeffrey A. Chen<br>275 Fifth St., Fourth Floor<br>San Francisco, CA 94103<br>jachen@earthlink.net |
| Defendant Paul Fu: | Jingming James Cai<br>Schein & Cai LLP<br>111 W St. John Street, Ste. 1250<br>San Jose, CA 95113<br>jcai@sacattorneys.com |
| Defendants Stanley Yan and Catherine Liu | Alexander Volchegursky<br>Lvovich & Volchegursky LLP<br>425 California Street, Ste. 550<br>San Francisco, CA 94104<br>alex@lvlawgroup.com |

_____
Omid A. Mantashi
Attorney for Plaintiff
FITNESS ANYWHERE

Stip. & Order of Dismissal of Defendant Liu
Case No. CV 09-4815 RS .................................. 2

OMID A. MANTASHI, ATTORNEY AT LAW
360 GRAND AVE., STE. 90
OAKLAND, CA 94610
510.593.9442