CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone: (408) 283-7000
Facsimile: (408) 283-7010

Attorneys for Defendant
STAN CHIN, individually and dba PRIMOFITNESS

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITNESS ANYWHERE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STANLEY YAN, individually and doing business as OCEAN-MOON-STAR, et al., <br><br> Defendants. | CASE NO. C09-04815 RS <br><br> **ORDER ON STIPULATION REGARDING CLAIM CONSTRUCTION** <br><br> Date: October 13, 2010 <br> Time: 1:30 p.m. <br> Courtroom 3 <br><br> **Honorable Richard Seeborg** |

The Court, having considered the Stipulation Regarding Claim Construction of Plaintiff Fitness Anywhere, Inc. ("Plaintiff") and Defendant Stan Chin, individually and dba PRIMOFITNESS (hereinafter "Defendant"), and good cause appearing therefor,

IT IS HEREBY ORDERED that the only remaining disputed claim term, "flat strap" should be construed as "A strap that is flat, having a surface that is relatively broad in relation to depth or thickness."

IT IS FURTHER ORDERED that because Plaintiff and Defendant have agreed to the construction of all claim terms of the patent-in-suit, the *Markman* hearing set for 1:30 p.m. on

B36ED55F.doc
TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

ORDER RE: CLAIM CONSTRUCTION
CASE NO. C09-04815 RS

October 13, 2010, is VACATED and taken off of the Court's calendar.

IT IS SO ORDERED.

DATED: October  12 , 2010

_____
Honorable Richard Seeborg
U.S. DISTRICT COURT JUDGE

TINGLEY PIONTKOWSKI LLP
ATTORNEYS AT LAW