*E-Filed 1/10/11*

Omid A. Mantashi (SBN 208336)
Attorney at Law
360 Grand Ave., Ste. 90
Oakland, CA 94610
(510) 593-9442 (Voice)
(510) 868-8310 (Fax)
omid@ipfoundry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITNESS ANYWHERE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STANLEY YAN, *et al.* <br><br> Defendants. | Case No.: CV 09-04815 RS <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT GREAT SPORTS, INC. <br><br> Hon. Richard Seeborg |

WHEREAS Plaintiff Fitness Anywhere, Inc., and Defendant Great Sports, Inc., an Illinois corporation, and Great Sports, Inc., an Illinois corporation doing business as Saferwholesale.com, have executed a settlement agreement resolving all claims in this action, and have since fulfilled the terms and conditions thereof;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Fitness Anywhere, Inc., and Defendant Great Sports, Inc., individually and doing business as Saferwholesale.com, through their respective undersigned counsel of record, subject to the Court's approval and order thereon, that:

1. Each of the undersigned parties' claims against the other are dismissed with prejudice; and,
2. Each undersigned party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

For Plaintiff FITNESS ANYWHERE, INC.

Omid A. Mantashi
ATTORNEY AT LAW

1/7/2011
Date

For Defendant GREAT SPORTS, INC.

Bruce Piontkowski
Jonathan McMahon
TINGLEY PIONTKOWSKI LLP

1/7/2011
Date

IT IS SO ORDERED.

Dated: January 10, 2011, by: _____
Hon. Richard Seeborg
United States District Court
Northern District of California

---

Stip. & Order of Dismissal of Defendant Great Sports, Inc.
Case No. CV 09-4815 RS .................... 1

OMID A. MANTASHI, ATTORNEY AT LAW
360 GRAND AVE., STE. 90
OAKLAND, CA 94610
510.593.9442