Omid A. Mantashi (SBN 208336)
Attorney at Law
360 Grand Ave., Ste. 90
Oakland, CA  94610
(510) 593-9442 (Voice)
(510) 868-8310 (Fax)
omid@ipfoundry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITNESS ANYWHERE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STANLEY YAN, *et al.* <br><br> Defendants. | Case No.:  CV 09-04815 RS <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT TIMOTHY SANTOS <br><br> Hon. Richard Seeborg |

WHEREAS Plaintiff Fitness Anywhere, Inc., and Defendant Timothy Santos, individually and doing business as Ladyboi, have executed a settlement agreement resolving all claims in this action, and have since fulfilled the terms and conditions thereof;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Fitness Anywhere, Inc., and Defendant Timothy Santos, individually and doing business as Ladyboi, by and through their respective undersigned counsel of record, subject to the Court's approval and order thereon, that:

1. Each of the undersigned parties' claims against the other are dismissed with prejudice; and,
2. Each undersigned party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

For Plaintiff FITNESS ANYWHERE, INC.

_____
Omid A. Mantashi
ATTORNEY AT LAW

11/22/2011
Date

For Defendant TIMOTHY SANTOS

_____
Jeffrey A. Chen
LAW OFFICES OF JEFFREY A. CHEN

11/22/11
Date

IT IS SO ORDERED.

Dated: November __22__, 2011, by: _____
Hon. Richard Seeborg
United States District Court Judge
Northern District of California

Stip. & Order of Dismissal of Defendant Santos
Case No. CV 09-4815 RS . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . .                                            1

Omid A. Mantashi, Attorney at Law
360 Grand Ave., Ste. 90
OAKLAND, CA 94610
510.593.9442

**CERTIFICATE OF SERVICE**

It is hereby certified that on the 22nd day of November, 2011, the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT TIMOTHY SANTOS was filed and served on the following through the Northern District of California ECF system:

Defendant Timothy Santos:	Jeffrey Andrew Chen
	Law Offices of Jeffrey A. Chen
	275 Fifth St., Fourth Floor
	San Francisco, CA 94103
	jachen@earthlink.net

Defendant Paul Fu:	Jingming James Cai
	Schein & Cai LLP
	111 W St. John Street, Ste. 1250
	San Jose, CA 95113
	jcai@sacattorneys.com

Defendant Stan Chin:	Bruce Piontkowski
	Tingley Piontkowski LLP
	10 Almaden Boulevard, Ste. 430
	San Jose, CA 95113
	bpiontkowski@tingleyllp.com

	/s/ Omid Mantashi
	Omid A. Mantashi
	Attorney for Plaintiff
	FITNESS ANYWHERE

Stip. & Order of Dismissal of Defendant Santos
Case No. CV 09-4815 RS ……………………………… **2**

Omid A. Mantashi, Attorney at Law
360 Grand Ave., Ste. 90
Oakland, CA 94610
510.593.9442