1  James Cai (SBN 200189)
2  Seth W. Wiener (SBN 203747)
   Schein & Cai LLP
3  111 N. Market Street, Suite 1020
   San Jose, CA 95113
4  Telephone: (408) 436-0789
   Facsimile: (408) 436-0758
5  Email: jcai@sacattorneys.com

6
7  Attorneys for Defendant
   PAUL FU

8
9                           **UNITED STATES DISTRICT COURT**

10                          **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | FITNESS ANYWHERE, INC.,          | Case No.: 09-4815 RS (RVTx)
   |                                   |
13 |                   Plaintiff,      | **STIPULATED AND [PROPOSED]**
   | v.                                | **ORDER TO CONTINUE HEARING ON**
   |                                   | **MOTION TO ENFORCE SETTLEMENT**
14 | STANLEY YAN, *et al.*,            | **AGREEMENT**
   |                                   |
15 |                   Defendants.     | **CIV. L.R. 6-1(a) and 7-7(b)**
   |                                   |
16 |                                   | Date:   December 15, 2011
   |                                   | Time:   1:30 p.m.
17 |                                   | Judge:  Hon. Richard Seeborg
   |                                   | Ctrm.:  3, 17th Floor
18

19                              **STIPULATION**

20      Plaintiff Fitness Anywhere, Inc. ("Fitness Anywhere") and Defendant Paul Fu ("Fu") have

21 executed a formal Settlement Agreement that fully settles all claims and demands, of whatever kind or

22 nature, related in any manner to the above-captioned action. Pursuant to the Settlement Agreement,

23 Plaintiff Fitness Anywhere and Defendant Paul Fu will dismiss all claims in the above-captioned

24 action with prejudice, and anticipate doing so by January 3, 2012.

25      Based on the foregoing, and pursuant to Civil Local Rule 6-1(a) and 7-7(b), Fitness Anywhere

26 and Fu hereby stipulate through their attorneys of record, and request that the Court at its convenience

27 order that the hearing on Fu's Motion to Enforce Settlement Agreement be taken off-calendar to

28 enable the parties to finalize their Settlement Agreement.

*Fitness Anywhere, Inc. v. Stanley Yan, et al.*
Order Taking Hearing on Motion to Enforce Settlement Agreement Off-Calendar
Page 1

SO STIPULATED:

Dated: December 13, 2011          Schein & Cai LLP

                                  /s/ James Cai
                              By: _____
                                  James Cai
                                  Attorneys for Defendant PAUL FU

Dated: December 13, 2011          Law Office of Omid A. Mantashi

                                  /s/ Omid A. Mantashi
                              By: _____
                                  Omid Mantashi
                                  Attorneys for Plaintiff FITNESS ANYWHERE, INC.

## **ORDER**

The Court having reviewed the Stipulation of Plaintiff Fitness Anywhere, Inc. ("Fitness Anywhere") and Defendant Paul Fu ("Defendant"), and good cause appearing, hereby takes the hearing currently scheduled for December 15, 2011, off-calendar.

SO ORDERED:

Dated: 12/14/11                   _____
                                  Hon Richard Seeborg
                                  United States District Court Judge

*Fitness Anywhere, Inc. v. Stanley Yan, et al.*
Order Taking Hearing on Motion to Enforce Settlement Agreement Off-Calendar
Page 2