James Cai (SBN 200189)
Seth W. Wiener (SBN 203747)
Schein & Cai LLP
111 N. Market Street, Suite 1020
San Jose, CA 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758
Email: jcai@sacattorneys.com

Attorneys for Defendant
PAUL FU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS ANYWHERE, INC., <br><br>  Plaintiff, <br>v. <br>STANLEY YAN, *et al.*, <br><br>  Defendants. | Case No.: 09-4815 RS (RVTx) <br><br> **STIPULATED AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT** <br><br> **CIV. L.R. 6-1(a) and 7-7(b)** <br><br> Date: December 15, 2011 <br> Time: 1:30 p.m. <br> Judge: Hon. Richard Seeborg <br> Ctrm.: 3, 17th Floor |

## STIPULATION

Plaintiff Fitness Anywhere, Inc. ("Fitness Anywhere") and Defendant Paul Fu ("Fu") have executed a formal Settlement Agreement that fully settles all claims and demands, of whatever kind or nature, related in any manner to the above-captioned action. Pursuant to the Settlement Agreement, Plaintiff Fitness Anywhere and Defendant Paul Fu will dismiss all claims in the above-captioned action with prejudice, and anticipate doing so by January 3, 2012.

Based on the foregoing, and pursuant to Civil Local Rule 6-1(a) and 7-7(b), Fitness Anywhere and Fu hereby stipulate through their attorneys of record, and request that the Court at its convenience order that the hearing on Fu's Motion to Enforce Settlement Agreement be taken off-calendar to enable the parties to finalize their Settlement Agreement.

*Fitness Anywhere, Inc. v. Stanley Yan, et al.*
Order Taking Hearing on Motion to Enforce Settlement Agreement Off-Calendar
Page 1

SO STIPULATED:

Dated: December 13, 2011          Schein & Cai LLP

                                  /s/ James Cai
                              By: _____
                                  James Cai
                                  Attorneys for Defendant PAUL FU

Dated: December 13, 2011          Law Office of Omid A. Mantashi

                                  /s/ Omid A. Mantashi
                              By: _____
                                  Omid Mantashi
                                  Attorneys for Plaintiff FITNESS ANYWHERE, INC.

## **ORDER**

The Court having reviewed the Stipulation of Plaintiff Fitness Anywhere, Inc. ("Fitness Anywhere") and Defendant Paul Fu ("Defendant"), and good cause appearing, hereby takes the hearing currently scheduled for December 15, 2011, off-calendar.

SO ORDERED:

Dated: 12/14/11                   _____
                                  Hon Richard Seeborg
                                  United States District Court Judge

*Fitness Anywhere, Inc. v. Stanley Yan, et al.*
Order Taking Hearing on Motion to Enforce Settlement Agreement Off-Calendar
Page 2