Omid A. Mantashi (SBN 208226)
Attorney at Law
360 Grand Ave., Ste. 90
Oakland, CA 94610
(510) 593-9442 (Voice)
(510) 868-8310 (Fax)
omid@ipfoundry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| FITNESS ANYWHERE, INC., ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> STANLEY YAN, *et al.* ) <br><br> Defendants. ) | Case No.: CV 09-04815 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF DEFENDANT TIMOTHY SANTOS <br><br> Hon. Richard Seeborg |

1    WHEREAS Plaintiff Fitness Anywhere, Inc., and Defendant Stan Chin,

2  individually and doing business as PrimoFitness, have executed a settlement

3  agreement resolving all claims in this action, and are currently performing the terms

4  and conditions thereof;

5    NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff

6  Fitness Anywhere, Inc., and Defendant Stan Chin, individually and doing business as

7  Primo Fitness, by and through their respective undersigned counsel of record, subject

8  to the Court's approval and order thereon, that:

9    1.  Each of the undersigned parties' claims against the other are dismissed with

10       prejudice; and,

11   2.  Each undersigned party shall bear its own costs and attorneys' fees.

12   IT IS SO STIPULATED.

13   Respectfully submitted,

14  For Plaintiff FITNESS ANYWHERE,       For Defendant STAN CHIN

15  INC.

16

17  Omid A. Mantashi                        Bruce Piontkowski

18  ATTORNEY AT LAW                         TINGLEY PIONTKOWSKI LLP

19  12/19/2011                              12/19/11

20  Date                                    Date

21

22   IT IS SO ORDERED.

23

24

25  Dated:    December _20_ , 2011, by:

26                                          Hon. Richard Seeborg
                                            United States District Court Judge
27                                          Northern District of California

28

Stip. & Order of Dismissal of Defendant Chin
Case No. CV 09-4815 RS . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . .                                    1

Omid A. Mantashi, Attorney at Law
360 Grand Ave., Ste. 90
OAKLAND, CA 94610
510.593.9442

## CERTIFICATE OF SERVICE

It is hereby certified that on the 19th day of December, 2011, the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT STAN CHIN was filed and served on the following through the Northern District of California ECF system:

Defendant Paul Fu:          Jingming James Cai
                            Schein & Cai LLP
                            111 W St. John Street, Ste. 1250
                            San Jose, CA  95113
                            jcai@sacattorneys.com

Defendant Stan Chin:        Bruce Piontkowski
                            Tingley Piontkowski LLP
                            10 Almaden Boulevard, Ste. 430
                            San Jose, CA  95113
                            bpiontkowski@tingleyllp.com

Omid A. Mantashi
Attorney for Plaintiff
FITNESS ANYWHERE

Stip. & Order of Dismissal of Defendant Chin
Case No. CV 09-4815 RS . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . .                                              2

Omid A. Mantashi, Attorney at Law
360 Grand Ave., Ste. 90
OAKLAND, CA 94610
510.593.9442