Omid A. Mantashi (SBN 208226)
Attorney at Law
360 Grand Ave., Ste. 90
Oakland, CA 94610
(510) 593-9442 (Voice)
(510) 868-8310 (Fax)
omid@ipfoundry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITNESS ANYWHERE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STANLEY YAN, *et al.* <br><br> Defendants. | Case No.: CV 09-04815 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF DEFENDANT TIMOTHY SANTOS <br><br> Hon. Richard Seeborg |

WHEREAS Plaintiff Fitness Anywhere, Inc., and Defendant Stan Chin, individually and doing business as PrimoFitness, have executed a settlement agreement resolving all claims in this action, and are currently performing the terms and conditions thereof;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Fitness Anywhere, Inc., and Defendant Stan Chin, individually and doing business as Primo Fitness, by and through their respective undersigned counsel of record, subject to the Court's approval and order thereon, that:

1. Each of the undersigned parties' claims against the other are dismissed with prejudice; and,
2. Each undersigned party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

For Plaintiff FITNESS ANYWHERE, INC.

_____
Omid A. Mantashi
ATTORNEY AT LAW

12/19/2011
Date

For Defendant STAN CHIN

_____
Bruce Piontkowski
TINGLEY PIONTKOWSKI LLP

12/19/11
Date

IT IS SO ORDERED.

Dated: December 20, 2011, by: _____
Hon. Richard Seeborg
United States District Court Judge
Northern District of California

---

Stip. & Order of Dismissal of Defendant Chin
Case No. CV 09-4815 RS

1

## CERTIFICATE OF SERVICE

It is hereby certified that on the 19th day of December, 2011, the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT STAN CHIN was filed and served on the following through the Northern District of California ECF system:

Defendant Paul Fu:        Jingming James Cai
                          Schein & Cai LLP
                          111 W St. John Street, Ste. 1250
                          San Jose, CA 95113
                          jcai@sacattorneys.com

Defendant Stan Chin:      Bruce Piontkowski
                          Tingley Piontkowski LLP
                          10 Almaden Boulevard, Ste. 430
                          San Jose, CA 95113
                          bpiontkowski@tingleyllp.com

_____
Omid A. Mantashi
Attorney for Plaintiff
FITNESS ANYWHERE

Stip. & Order of Dismissal of Defendant Chin
Case No. CV 09-4815 RS . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . .                                    2

Omid A. Mantashi, Attorney at Law
360 Grand Ave., Ste. 90
OAKLAND, CA 94610
510.593.9442