*E-Filed 1/3/12*

Omid A. Mantashi (SBN 208226)
Attorney at Law
360 Grand Ave., Ste. 90
Oakland, CA 94610
(510) 593-9442 (Voice)
(510) 868-8310 (Fax)
omid@ipfoundry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITNESS ANYWHERE, INC., | |
| Plaintiff, | Case No.: CV 09-04815 RS |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF DEFENDANT ~~TIMOTHY SANTOS~~ STAN CHIN |
| STANLEY YAN, *et al.* | Hon. Richard Seeborg |
| Defendants. | |

WHEREAS Plaintiff Fitness Anywhere, Inc., and Defendant Stan Chin, individually and doing business as PrimoFitness, have executed a settlement agreement resolving all claims in this action, and are currently performing the terms and conditions thereof;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Fitness Anywhere, Inc., and Defendant Stan Chin, individually and doing business as Primo Fitness, by and through their respective undersigned counsel of record, subject to the Court's approval and order thereon, that:

1. Each of the undersigned parties' claims against the other are dismissed with prejudice; and,
2. Each undersigned party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

For Plaintiff FITNESS ANYWHERE, INC.

_____
Omid A. Mantashi
ATTORNEY AT LAW

12/19/2011
Date

For Defendant STAN CHIN

_____
Bruce Piontkowski
TINGLEY PIONTKOWSKI LLP

12/19/11
Date

IT IS SO ORDERED.

Dated: December 20, 2011, by: _____
Hon. Richard Seeborg
United States District Court Judge
Northern District of California

Stip. & Order of Dismissal of Defendant Chin
Case No. CV 09-4815 RS

1

Omid A. Mantashi, Attorney at Law
360 Grand Ave., Ste. 90
OAKLAND, CA 94610
510.593.9442