Omid A. Mantashi (SBN 208226)
Attorney at Law
360 Grand Ave., Ste. 90
Oakland, CA 94610
(510) 593-9442 (Voice)
(510) 868-8310 (Fax)
omid@ipfoundry.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITNESS ANYWHERE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STANLEY YAN, *et al.* <br><br> Defendants. | Case No.: CV 09-04815 RS <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT PAUL FU <br><br> Hon. Richard Seeborg |

1   WHEREAS Plaintiff Fitness Anywhere, Inc., and Defendant Paul Fu individually and doing business as BullKicker, have executed a settlement agreement resolving all claims in this action, and are currently performing the terms and conditions thereof;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Fitness Anywhere, Inc., and Defendant Paul Fu, individually and doing business as BullKicker, by and through their respective undersigned counsel of record, subject to the Court's approval and order thereon, that:

1. Each of the undersigned parties' claims against the other are dismissed with prejudice; and,
2. Each undersigned party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

| For Plaintiff FITNESS ANYWHERE, INC. | For Defendant PAUL FU |
|---|---|
| /S/ Omid Mantashi | /S/ James Cai<br>[*by Omid Mantashi with written permission of counsel James Cai*] |
| Omid A. Mantashi<br>ATTORNEY AT LAW | James Cai<br>SCHEIN & CAI LLP |
| January 10, 2012 | January 10, 2012 |
| Date | Date |

IT IS SO ORDERED.

Dated: January  10  , 2̶0̶1̶1̶ 2012, by: _____/s/ Richard Seeborg_____

Hon. Richard Seeborg
United States District Court Judge
Northern District of California

Stip. & Order of Dismissal of Defendant Fu
Case No. CV 09-4815 RS ……………………………  **1**

Omid A. Mantashi, Attorney at Law
360 Grand Ave., Ste. 90
OAKLAND, CA 94610
510.593.9442